DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Roy V. Tarver, | ) | |
| | ) | CASE NO. 1:11 CV 2717 |
| Petitioner-Defendant, | ) | (Criminal Case No. 1:06 CR 594) |
| | ) | |
| v. | ) | J U D G M E N T   E N T R Y |
| | ) | |
| Warden, FCI Elkton, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Court's Order filed on March 19, 2012, (see docket #1415), the Court finds that the provisions of 28 U.S.C. § 2241 do not apply to the Petitioner, and his request for an order providing for a re-sentencing is DENIED.

This case is closed.

IT IS SO ORDERED.


  March 20, 2012                 /s/ David D. Dowd, Jr.
Date              David D. Dowd, Jr.
               U.S. District Judge